Case: 1:22−cv−01596
Assigned To : Unassigned
Assign. Date : 5/31/2022
Description: Pro Se Gen. Civ. (F-DECK)

DC/Sec1983/Cover/

# UNITED STATES DISTRICT COURT

# FOR THE

# DISTRICT OF COLUMBIA

**TULDOK ©®™|(Tristan F. Ong ©®™),**
***Pro Se*| Plaintiff,**

**vs.**

**IL-USA ©®™|(Illinois-United States & Company ©®™), et al.,**
**Parties| Defendants.**



## On Complaint
## 42 U.S.C. § 1981(1981a); 1982; 1983;
## 1985; 1986 / 28 U.S.C. § 1350/ 5 U.S.C. § 551−559)
## to the United States Court of Appeals for the Seventh Circuit
## & First Judicial District Appellate Court of Illinois.

**TRISTAN FLORENDO-ONG · 楊建平**

*Pro Se* | Petitioner / Appellant / Plaintiff
1049 North Drake Avenue,
Chicago, IL, 60651
(815) 208-1818
FTristanOng@Gmail.com ©®™

Enclosures:
Statement of Facts: [(See: DC/Sec1983/SOF/(A1-A41), (B41-B57), (C57-C72), (D72-D82)];
Reliefs: ( See: DC/Sec1983/FBJ, DC/Sec1983/QUID, DC/Sec1983/PR;
Appendices, Briefs & Memorandum of Laws.
Google electronic link: ITTINAKDA $A TULDOK ©®™|

TULDOK ©®™ (Tristan F. Ong ©®™) vs. IL-USA ©®™ (Illinois-United States & Company ©®™), et al.,
ALL RIGHTS RESERVED © 2022 |·|  TULDOK & CO. ©®™

TULDOK ©®™|(Tristan F. Ong ©®™) vs. IL-USA ©®™| (Illinois-United States & Company ©®™), et al.,

DC/Sec1983/NRP/

# Named Defendants—Respondents

No.: _____

| NAME | POSITION | AGENCY | ENTITY | WEBSITE |
|------|----------|--------|--------|---------|
| 116th/117th US Cong. 535 Members | 535 Members Bicameral Legislature | US Senate/ House of Rep. | US | https://en.wikipedia.org/wiki/116th_United_States_Congress |
| 177 Members IL G.A. | 177 Members Bicameral Legislature | IL Senate/ House of Rep. | IL State | https://en.wikipedia.org/wiki/Illinois_General_Assembly |
| Abundis, Cecilia | Director | iL Dept. of Financial & Prof Regulation | IL State | https://www.linkedin.com/in/cecilia-abundis-565b084 |
| Advocate Ilinois Masonic | Chief Medical Officer | Private Hospital | Private | https://care.advocatehealth.com/locations/advocate-illinois-masonic-breast-imaging-center-chicago-il |
| Aguilar, Frank | Board of Commisioners | 16th District | Cook County | https://www.cookcountyil.gov/person/frank-j-aguilar |
| Alvarez, Anita | Former IL State's Attorney | IL Office of the State's Attorney | IL State | https://en.wikipedia.org/wiki/Anita_Alvarez |
| Ambrose, Garvin | Chief, Bureau of Admin. Svcs. | CC SAO | CC/ IL State | https://www.linkedin.com/in/garvin-d-ambrose-esq-7815032 |
| Anaya, Alma | Board of Commisioners | 7th District | Cook County | https://www.cookcountyil.gov/person/alma-e-anaya |
| Anderson, Katherine Christy | Dep. Gen. Counsel | CCSO | Cook County | https://www.linkedin.com/in/kate-christyanderson77915826/ |
| Andrews, Shannon | Chief Procurement Officer | Department of Procurement Services | City of Chicago | https://www.chicago.gov/city/en/depts/dps/auto_generated/dps_leadership.html |
| Araujo, Mauricio | Fmr. Circuit Judge | 6th Subcircuit | Cook County | https://ballotpedia.org/Mauricio_Araujo |
| Armstrong, Tom | General COunsel | Gov't Accountability Office | US | https://www.gao.gov/contacts/thomas-h-armstrong |
| Arroyo, Luis, Jr. | Board of Commisioners | 8th District | Cook County | https://www.cookcountyil.gov/person/luisarroyo-jr |
| Atsaves, Despina | Lieutenant- Div. IX | CC DOC/SO | Cook County | http://linkedin.com/in/despina-atsaves-67623b127 |
| Avant, Eddie | Exec. Director | CC DOC/SO | Cook County | http://linkedin.com/in/eddie-avant-a171413a |
| Azar, Alex | Sec. of HHS | USDHHS | US | https://en.wikipedia.org/wiki/Alex_Azar |
| Baird, Dwight | Sheriff; ICJIA Member | Kendall County Sheriff's Office | Kendall County | https://www.co.kendall.il.us/offices/sheriff/about/sheriff-dwight-j-baird |
| Baldwin, John | Fmr. Director | IDOC | IL State | https://en.wikipedia.org/wiki/Illinois_Department_of_Corrections |
| Ballard-Croft, Jennifer | Chief of Staff and Diversity | CC SAO | Cook County | https://www.linkedin.com/in/jenniferballardcroft |
| Barnes, Aretha | Dep. Chief of Police | Evanston Police Department | City of Evanston | https://www.cityofevanston.org/government/transparency/senior-staff-directory |
| Barnes, Carla | Chief Pub. Defender; ICJIA Member | McLean COunty Pub. Def.'s Office | McLean County | https://www.mcleancountyil.gov/directory.aspx?EID=170 |
| Basta, Paula | Director | ID of Department of Aging | IL State | https://www.linkedin.com/in/paula-basta-bb33a25/ |
| Beachem, Don, Jr. | Superintendent- Division VI | CC DOC/SO | Cook County | https://www.linkedin.com/in/don-beachem-jr-44678365/ |
| Bellettiere, Joseph | Exec. Director | CC DOC/SO | Cook County | https://www.linkedin.com/in/joe-bellettiere-2b09bb15/ |
| Bennett, Jim | Director | ID of HUman Rights | IL State | https://www2.illinois.gov/dhr/AboutUs/DirectorsOffice/Pages/default.aspx |
| Benton, Michael | House Manager | Henry Sober Living | Private | http://www.henryshouse.org |
| Biden, Joseph R. | 46th POTUS | Office of th US President | US | https://www.whitehouse.gov/administration/president-biden/ |
| Biden, Joseph Robinette Jr. | US President | Office of th US President | US | https://www.whitehouse.gov/administration/president-biden/ |
| Biegun, Stephen | Deputy Secretary of State | US Dept. of State | US | https://en.wikipedia.org/wiki/Stephen_Biegun |
| Bishop, Jeanne | Asst. Public Defender | 2nd National Dist. | Cook County | https://www.linkedin.com/in/jeanne-bishop-5b9a867/ |
| Black, Daphne | President | Henry Sober Living | Private | https://www.linkedin.com/in/daphne-blacka95352a |
| Black, Jennifer | 1st Dep.Chief of Staff for Admin. | CC DOC/SO | Cook County | https://www.linkedin.com/in/jennifer-back-b58a0915 |
| Blair, Britney | Dep. Dir. for Ops. | CC DOC/SO | Cook County | http://linkedin.com/in/brittney-blair-a11545b4 |
| Blue Island City Council | Office of the Mayor | Municipality of Blue Island | Cook County | http://www.blueisland.org/government/city-council-alderman-wards/ |
| Bock, Heather | Dir.- Used of Force Rev. Unit | CC DOC/SO | Cook County | http://linkedin.com/in/heather-bock-2b2b69103 |
| Bodnar, Cathy | Chief Corporate Compliance & Pvcy. Ofcr | CCHHS | Cook County | https://coo-countyhealth.org/senior_leaders/cathy-bodnar/ |

ALL RIGHTS RESERVED © 2022 |·| TULDOK & CO. ©®™

TULDOK ©®™|(Tristan F. Ong ©®™) vs. IL-USA ©®™| (Illinois-United States & Company ©®™), et al.,

| DC/Sec1983/NRP/ | **Named Defendants—Respondents** | | | No. |
|---|---|---|---|---|
| Walker, Beverly | Director | ID Child and Family Services | IL State | https://en.wikipedia.org/wiki/Illinois_Department_of_Children_and_Family_Services |
| Wall, Jeffrey | Act. Solicitor Gen. | US DOJ | US | https://en.wikipedia.org/wiki/Jeff_Wall_(lawyer) |
| Wallace, Rafael | Officer Div. VI | CC DOC/SO | Cook County | https://www.linkedin.com/in/rafael-wallace-498666109/? trk=public_profile_browsemap_profile-result-card_result-card_full-click |
| Walsh Hugh | Superintendent-Div. X/VI | CC DOC/SO | Cook County | https://www.linkedin.com/in/hugh-walsh-62b26b41 |
| Washington D.C. | United States Congress | US Senate/ House of Rep. | Washington, D.C. | https://dc.gov/ |
| Washington D.C. | Federal Capital City | Office of the Mayor | DC | https://en.wikipedia.org/wiki/Washington,_D.C. |
| Weatherspoon, Errica | Specialist- Crim. Justice | IL Jail Detention Std. | IL State | https://www.linkedin.com/in/errica-weatherspoon-855bb2ab/ |
| Wendt,Tammy | Board of Review | 1st Dist. Brd. of Rev Comm'r | Cook County | https://www.cyberdriveillinois.com/about_us/secwhitebio.pdf |
| White, Jessie | Secretary of State | IL State Secretary | IL State | https://www.cyberdriveillinois.com/about_us/secwhitebio.pdf |
| Wilkie, Robert | Sec. of VA | USA | US | https://en.wikipedia.org/wiki/Robert_Wilkie |
| Williams, Charise | Act. Exec. Dir. & Chief of Staff | IL Crim. Justice Information Agency | IL State | http://www.icjia.state.il.us/biographies/charise-williams |
| Williams, Tarry | Chief Operation Officer | CC DOC/SO | Cook County | https://www.linkedin.com/in/terry-williams-07120a99? trk=public_profile_browsemap_profile-result-card_result-card_full-click |
| Wilson, Ron | Dep. Director | ID Central Management Services | IL State | linkedin.com/in/ron-wilson-2945585/ |
| Wilson, Thaddeus | Circuit Judge/ Supervising | Criminal Division | Cook County | http://www.cookcountycourt.org/Judges-Pages/Wilson-Thaddeus-L |
| Wings Program | Board of Directors | NPF Organization | Private | https://wingsprogram.com/2020-report/our-leadership/ |
| Winick, Ben | Chief of Staff | ID HFS | IL State | https://www.illinois.gov/hfs/About/Pages/ExecutiveStaff.aspx |
| Wolf, Chad | Act. Sec of US HS | US Dept. Homeland Security | US | https://ea.wikipedia.org/wiki/Chad_Wolf |
| Wolfe, Mark | Sergeant Div. VI | CC DOC/SO | Cook County | https://www.linkedin.com/in/mark-wolfe-795a2687/? trk=public_profile_browsemap_profile-result-card_result-card_full-click |
| Wolff, Paula | Exec. Director | IL Justice Project | Private | https://www.ilja.org/about |
| Wright, Jody | Deputy Chief of Police | Evanston Police Department | City of Evanston | https://www.cityofevanston.org/government/transparency/senior-staff-directory |
| York, Jeff | Member | Board of Comm'r OSAD | IL State | https://www2.illinois.gov/osad/AboutUs/commissioners/Pages/JeffYork.aspx |
| Zais, Mick | Dept. Sec. of Education | USDE | US | https://en.wikipedia.org/wiki/Mick_Zais |

WHEREFORE, In the name of our Founding Fathers, Forefathers, the People(s), the Almighty Creator, Petitioner / Appellant / Plaintiff: " i " | " Me " | Tristan Florendo-Ong, Under penalties as provided by law pursuant to Federal Statute 28 U.S.C. 1746, and 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid he verily believes the same to be true. Executed at the City of Chicago on 2022 May 25.

========================= END OF THIS PART =========================

TRISTAN FLORENDO-ONG · 嶋 邊 平
Pro Se | Petitioner / Appellant / Plaintiff
1049 North Drake Avenue,
Chicago, IL, 60651
(815) 208-1818
FTristanOng@Gmail.com ©®™

Enclosures:
Statement of Facts: [(See: DC/Sec1983/SOF/(A1-A41), (B41-B57), (C57-C72), (D72-D82)]¡
Reliefs: ( See: DC/Sec1983/FBJ, DC/Sec1983/QUID, DC/Sec1983/PR
Appendices, Briefs & Memorandum of Laws.
Google electronic link:
https://docs.google.com/drive/folders/1S3iEEQ5hnStat42sMb3Ha880bL7m5?usp=sharing

ALL RIGHTS RESERVED © 2022 |•| TULDOK & CO. ©®™

TULDOK ©®™|(Tristan F. Ong ©®™) vs. IL-USA ©®™| (Illinois-United States & Company ©®™), et al.,

| DC/Sec1983/JD/ | **Unnamed Defendants—Respondent** | No.: _____. |
| --- | --- | --- |

| John Doe | POSITION | ENTITY |
| --- | --- | --- |
| JD 001 | 1st 2nd 3rd Commander Division 16 COVID-19 | CC DOC/SO |
| JD 002 | 1st 2nd 3rd Commander Transportation | CC DOC/SO |
| JD 003 | 1st 2nd 3rd Shift Chief Commanders- Division VI, VIII, IX, X, XVI | CC DOC/SO |
| JD 004 | 1st 2nd 3rd Shift Commander Cermak | CC DOC/SO |
| JD 005 | 1st 2nd 3rd Shift Commander Kitchen | CC DOC/SO |
| JD 006 | 1st 2nd 3rd Shift Commander RCDC/RTC | CC DOC/SO |
| JD 007 | 1st 2nd 3rd Shift Sanitation Officers - Division VI, VIII, IX, X, XVI | CC DOC/SO |
| JD 008 | 1st 2nd 3rd Shift Sergeants- Division VI, VIII, IX, X, XVI | CC DOC/SO |
| JD 009 | 1st 2nd 3rd Shifts Lieutenants- Division VI, VIII, IX, X, XVI | CC DOC/SO |
| JD 010 | 1st 2nd 3rd Shifts Watch Commanders- Division VI, VIII, IX, X, XVI | CC DOC/SO |
| JD 011 | 1st Executive Director CCDOC | CC DOC/SO |
| JD 012 | 2nd Assistant Executive Director CCDOC | CC DOC/SO |
| JD 013 | 3rd Shift Officers of Division VI-Tier 2b on January 22, 2018 | CC DOC/SO |
| JD 014 | A Safe Haven Associate/ Advisory Board Members | Private |
| JD 015 | Administrator of Program Services | CC DOC/SO |
| JD 016 | Assistant Administrator of Program Services CCDOC | CC DOC/SO |
| JD 017 | Assistant Director of Administration CCDOC | CC DOC/SO |
| JD 018 | Assistant Director of Administration Chief Engineer CCDFM | CC DOC/SO |
| JD 019 | Assistant Director of Classification | CC DOC/SO |
| JD 020 | Assistant Director of PREA | CC DOC/SO |
| JD 021 | Assistant Director of Programs CCDOC | CC DOC/SO |
| JD 022 | Assistant Director of Protective Custody | CC DOC/SO |
| JD 023 | Assistant Director of Security CCDOC | CC DOC/SO |
| JD 024 | Assistant Executive Director of Administrative Plan CCDOC | CC DOC/SO |
| JD 025 | Assistant Executive Director of Internal Operations CCDOC | CC DOC/SO |
| JD 026 | Assistant Executive Director Support Services CCDOC | CC DOC/SO |
| JD 027 | Assistant Executive Directors Administration and Planning CCDOC | CC DOC/SO |

ALL RIGHTS RESERVED © 2022 |•| TULDOK & CO. ©®™

WHEREFORE, In the name of our Founding Fathers, Forefathers, the People(s), the Almighty Creator, Petitioner / Appellant / Plaintiff: " i " | " Me " | Tristan Florendo-Ong, Under penalties as provided by law pursuant to Federal Statute 28 U.S.C. 1746, and 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid he verily believes the same to be true. Executed at the City of Chicago on 2022 May 25.

======================= END OF THIS PART =======================

**TRISTAN FLORENDO-ONG · 楊 建 平**
**Pro Se | Petitioner / Appellant / Plaintiff**
**1049 North Drake Avenue,**
**Chicago, IL, 60651**
**(815) 208-1818**
**FTristanOng@Gmail.com ©®™**

Enclosures:
Statement of Facts: [(See: DC/Sec1983/SOF/(A1-A41), (B41-B57), (C57-C72), (D72-D82)];
Reliefs: ( See: DC/Sec1983/FBJ, DC/Sec1983/QUID, DC/Sec1983/PR
Appendices, Briefs & Memorandum of Laws.
Google electronic link:
https://drive.google.com/drive/folders/1jZiEE0JhAnFYo142zWNjJ4wa36hdL3eK?usp=sharing

ALL RIGHTS RESERVED © 2022 |•| TULDOK & CO. ©®™

TULDOK ©®™|(Tristan F. Ong ©®™) vs. IL-USA ©®™| (Illinois-United States & Company ©®™), et al.,

| DC/Sec1983/NR/ | **Named Respondents-Defendants** | | No.:_____. |
|---|---|---|---|

| NAME | POSITION | AGENCY | ENTITY |
|---|---|---|---|
| Addison, N/A | Div. VI - Officer | CC DOC/SO | Cook |
| Alczak B. | Div. IX - Lt./Commander | CC DOC/SO | Cook |
| Alexandra, J. | Unknown - Cermak/CCHHS | CC DOC/SO | Cook |
| Alvarez, N/A | Div. IX - Officer | CC DOC/SO | Cook |
| Amato, N/A | Div. IX - Officer | CC DOC/SO | Cook |
| Anthony, T. | Unknown - Budget & Mgmt. Svcs. Dept. | CC DOC/SO | Cook |
| Archer, N/A | Div. IX - Officer | CC DOC/SO | Cook |
| Archer, N/A | Div. VI - Sergeants | CC DOC/SO | Cook |
| Atsaves, D. | Div. IX - Lt./Commander | CC DOC/SO | Cook |
| Baker, Celeste | Director | Henry Sober Living | Private |
| Beachem, N/A | Div. VI - Sergeants | CC DOC/SO | Cook |
| Benham, N/A | Div. IX - Officer | CC DOC/SO | Cook |
| Benson, N/A | Div. VI - Officer | CC DOC/SO | Cook |
| Billy, N/A | Div. IX - Officer | CC DOC/SO | Cook |
| Black, N/A | Div. VI - Officer | CC DOC/SO | Cook |
| Boecker, Deborah | Asst. Admin. Policy | CC DOC/SO | Cook |
| Brinner, N/A | Div. VI - Officer | CC DOC/SO | Cook |
| Brogan, J. | Director - Unknown | CC DOC/SO | Cook |
| Brown, N/A | Div. IX - Lt./Commander | CC DOC/SO | Cook |
| Brown, N/A | Div. IX - Officer | CC DOC/SO | Cook |
| Cabrera, N/A | Div. VI - Officer | CC DOC/SO | Cook |
| Calderon, N/A | Div. IX - Officer | CC DOC/SO | Cook |
| Calvin, N/A | Div. VI - Lt./Commander | CC DOC/SO | Cook |
| Camacho, N/A | Div. IX - Officer | CC DOC/SO | Cook |
| Campos, N/A | Div. VI - Sergeants | CC DOC/SO | Cook |
| Cannon- Smith, N/A | Div. VI - Officer | CC DOC/SO | Cook |
| Caplan, N/A | Unknown - PREA/ Classification | CC DOC/SO | Cook |

ALL RIGHTS RESERVED © 2022 |•| TULDOK & CO. ©®™

TULDOK ©®™|(Tristan F. Ong ©®™) vs. IL-USA ©®™| (Illinois-United States & Company ©®™), et al.,

WHEREFORE, In the name of our Founding Fathers, Forefathers, the People(s), the Almighty Creator, Petitioner / Appellant / Plaintiff: " i " | " Me " | Tristan Florendo-Ong, Under penalties as provided by law pursuant to Federal Statute  28 U.S.C. 1746, and 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid he verily believes the same to be true. Executed at the City of Chicago on 2022 May 25.

========================= END OF THIS PART =========================

**TRISTAN FLORENDO-ONG** ・ 楊 建 平

Pro Se ｜ Petitioner / Appellant / Plaintiff

1049 North Drake Avenue,

Chicago, IL, 60651

(815) 208-1818

FTristanOng@Gmail.com ©®™

Enclosures:

Statement of Facts: [(See: DC/Sec1983/SOF/(A1-A41), (B41-B57), (C57-C72), (D72-D82)];

Reliefs: ( See: DC/Sec1983/FBJ, DC/Sec1983/QUID, DC/Sec1983/PR

Appendices, Briefs & Memorandum of Laws.

Google electronic link:

https://drive.google.com/drive/folders/1jZiEE0JhAnFYo142zWNjJ4wa36hdL3eK?usp=sharing

ALL RIGHTS RESERVED © 2022 |•| TULDOK & CO. ©®™

*1983*

DC/Sec1983/                                                                1

෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**TULDOK ©®™** | (Tristan F. Ong ©®™),

      *Pro Se* | Plaintiff,

         **vs.**          No.:_____.

**IL-USA ©®™** | **(Illinois-United States**
    **& Company ©®™), et al.,**

      **Parties** | Defendants.



෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨෨

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

**(42 U.S.C. § 1981(1981a); 1982; 1983; 1985;
1986 / 28 U.S.C. § 1350/ 5 U.S.C. § 551–559)**

## STATEMENT OF FACTS

### I. INTRODUCTION

    Comes now, the Plaintiff: Tristan F. Ong, respectfully and humbly before the Honorable U.S. District Court for the District Columbia to seek an independent litigation / decision against **Cook County Criminal Case Numbers: 17CR1721201, 17C22029501 and 1720209301; Illinois Criminal Appellate Number: 1-20-0868 and 1-19-1945's** decisions of Tristan F. Ong's criminal convictions for the alleged offenses of *Burglary 720 ILCS 5/19-1(a) and Escape 730 ILCS 5/5-8a-4.1e,* as well as in **Case Numbers: 19-cv-04245 and 20-cv-01550** to the United Staters District Court for the Northern District of Illinois; and **Appellate Case Numbers: 20-1058 and**

TULDOK ©®™ (Tristan F. Ong ©®™) vs. IL-USA ©®™ (Illinois-United States & Company ©®™), et al.,
ALL RIGHTS RESERVED © 2022 | · | TULDOK & CO. ©®™

**20-1587** to the United States Court of Appeals for the Seventh Circuit Court's denial to proceed *in forma pauperis* of his civil complaints: *Section 1983*, upholding *PLRA* provisions which was the subject of filing these civil cases to United States District Court for the Northern District of Illinois to begin with even before the sentencing for both mentioned alleged state criminal offenses had been decided, and consequently appealed these decisions of the Illinois Circuit Court of Cook County 2nd Municipal District – Criminal Division directly to the United States Court of Appeals for the Seventh Circuit Court, and all the way to the #SCOTUS, and now the filing to this Honorable U.S. District Court for the District of Columbia. Tristan F. Ong is humbly asking this Court to assume these suits **de novo,** and **Original Jurisdiction** by virtue of the **U.S. Constitution Article III, Section 2, Clause 1** which states in part:

> " *the JUDICIAL POWER SHALL EXTEND to all Cases, in Law and Equity, arising under  this constitution . . .* **TO CONTROVERSIES TO WHICH THE UNITED STATES SHALL BE A  PARTY; – TO** *controversies between two or more States . . .*"

**Clause 2,** which states in part:

> " *. . .* **those in which a** STATE SHALL BE A PARTY, THE SUPREME COURT **shall have the** ORIGINAL JURISDICTION. *In all the other cases before mentioned,* **THE SUPREME COURT SHOULD HAVE APPELLATE JURISDICTION, BOTH AS THE LAW AND FACT** *. . .*"


## II. JURISDICTION

TULDOK ⊛™ (Tristan F. Ong ⊛™) vs. IL-USA ⊛™ (Illinois-United States & Company ⊛™), et al.,
ALL RIGHTS RESERVED © 2022 |·|  TULDOK & CO. ⊛™

Tristan F. Ong initially filed *Mabuhay v. United States-Kalaban et al.*, *"Mabuhay" (19-cv-04245),* on 06 June 2019 to the United States District Court for the Northern District of Illinois, and the case was assigned to: Honorable Judge Sharon Johnson Coleman, against several Party-Defendant(s): the U.S. Congress, U.S. Executive Branch and its Department heads; the State of Illinois — the Government, IL Dept. Of Corr. (iDOC), iL Dept. Of Pub. Health (iDPH), iL Dept. Human Services (iDHS), iL Div. of Alcoholism and Substance Abuse (iDASA); Cook County Inc. (CCiNC)— the Government, Cook County Dept. of Corr. (CCDOC), Cook County Health Hospital System (CCHHS) Cook County Sheriff's Office (CCSO); City of Chicago, Evanston, Rolling Meadows Government state-actors, public Officials, department heads, Officers, employees, among others —— independently, individually, severally, jointly, personally, privately, and collectively under **42 U.S.C. § 1981 to 1983**, **1985**, **1986**, **& 1988; 28 U.S.C. § 1350; 29 U. S. C. § 794; and 42 U. S. C. § 12131-33**, APA as codified under **5 U.S.C. § 551—559**, among several others, *[See. DC/Sec1983/TML/(1-10), DC/Sec1983/MOL/(1-324), and DC/Sec1983/JS/(1-546)]*, while Tristan F. Ong was still forcibly and illegally detained at the Cook County Department of Correction (CCSO-CCDOC) for alleged offenses of *"Residential Burglary, Burglary, and Escape."* These suits sought tax-free monetary compensation and restitution based on each of the **Party-Defendants / Respondents /Appellees'** total average gross annual remuneration, allowances, benefits, including retirement benefits combined. *e.g. each entity'(s) total average annual gross income, multiply by the total numbers of all*

DC/Sec1983/                                                          4

Respondents / Appellees / Defendants; *e.g.* [$ 13.00 "gross income per Respondents / Appellees / Defendants-entity" × 29 Total No. Defendant(s)= $377.00], or up to (USD) *$5,879,321,567.654321987,* whichever is higher, in each of the *Party-Defendants / Respondents /Appellees,* state-actors' personal, private, individual capacity, public and / or administrative capacity, as well as injunctive, punitive, declaratory, mandamus, extraordinary, and immigration reliefs, including but not limited to: attorneys' fees, costs, miscellaneous, professional fees, inflation rates, interest, consumer price index, and other fees and expenses; and all other forms of reliefs as mentioned in the original and amended / revised civil case complaints: *(19-cv-04245, 20-cv-01550, 20-1058, 20-1587),* and as appropriate. A copy of the original suit *"Mabuhay" (19-cv-04245)* was also simultaneously submitted to the Illinois State's civil / personal injury and criminal courts but has not heard any response from the latter courts. For diversity purposes, all *IL-USA & Co. and its antecedent filings from several courts, Party-Defendants / Respondents /Appellees* are all Citizens of the United States and the State they reside, who may also possess multiple Citizenships and other Nationality statuses. This Court has jurisdiction under *42 U.S.C. § 1983, 28 U.S.C. § 1350,* AND *US CONSTITUTION ARTICLE 3 Jurisdiction.*


III. <u>DOCKET HISTORY</u>

Plaintiff: I / I'm / I Am | Me / My / Myself | Ong / Florendo / F. Ong / Tristan | **Karapatan** / **Babaylan** / **Mabuhay** / **Kababayan** Tondo / **Tuldok**," or any combination herein / hereof / therein / thereof --

TULDOK ⊛™ (Tristan F. Ong ⊛™) vs. IL-USA ⊛™ (Illinois-United States & Company ⊛™), et al.,
ALL RIGHTS RESERVED © 2022 |·| TULDOK & CO. ⊛™

DC/Sec1983/                                                          5

brought the following suit **Case Numbers: <u>19-cv-04245</u> and <u>20-cv-01550</u>** to the United States District Court for the Northern District of Illinois; and **Appellate Case Numbers: <u>20-1058</u> and <u>20-1587</u>** to the United States Court of Appeals for the Seventh Circuit Court, against United States Defendant — Party(s), at all times mentioned heretofore, collectively / severally / jointly / individually / privately / independently referred to as: " **Defendant(s): US / USA / United States / United States of America | United States / US - Kalaban | Cook-Ed | Cook-Err-Ed | US-Aid-Ed | US - IL & Co., / United States-Illinois & Company / Illinois-United States & Company / USAiLED/ IL-USA," etc.;** Its entire work(s), subsequent and/or any combination of lower / upper case typeface(s) / title(s) / name(s)/ symbol(s) / acronym(s) / abbreviation(s), words / numbers / equations / languages / spellings / illustrations, its content(s) and antecedent(s) and its entire brief(s) / work(s), including all attachment(s), and / or any combination herein / hereof / therein / thereof. These suits stemmed from allegedly, Tristan F. Ong offending IL State laws that caused him to be prosecuted by the State of Illinois through the People of the State of Illinois at the Circuit Court of Cook County 2nd Municipal District — Criminal Division in Skokie IL, for the alleged offenses of: *Residential Burglary (720-5/19-3 (A)*, *Burglary (720-5/19-1-A), and Escape (730/5/5-8a-4.1)* **in Cook County Criminal Case Numbers: <u>17CR1721201, 17C22029501</u> and <u>1720209301;</u> Illinois Criminal Appellate Number: <u>1-20-0868</u> and <u>1-19-1945</u>.** Hence, his forced and illegal detention / arrest, false imprisonment, and malicious prosecutions which tantamount to kidnapping and human

**TULDOK ⊕℠** (Tristan F. Ong ⊕℠) vs. IL-USA ⊕℠ (Illinois-United States & Company ⊕℠), et al.,
**ALL RIGHTS RESERVED** ⊕ **2022 |·| TULDOK & CO. ⊕℠**

trafficking at the Cook County Jail (CCJ) for 953 days from 16 November 2017 to 26 June 2020, including, starting from Tristan F. Ong's initial arrest from 21 October 2017 for the alleged offense of *Burglary (720 ILCS 5/19-1-A)* up to date, **2022 May 25, would have had totalled 1677 days and counting.**

Tristan F. Ong amended and severed the **"*Mabuhay*"** suit a few times, precisely because of Honorable Judge Sharon Johnson Coleman's insistence of misjoined claims and defendants. The Court eventually, on 05 December 2019, entered Final Judgment Order —— case dismissed without prejudice for misjoinder, **(*See Doc #28, Page ID # 1249*)**. Consequently, on 31 December 2019, Tristan F. Ong submitted a Motion to Reconsider along with a Notice of Appeal, **(*See Pl sub doc Ref.# KVCED/04245/003*)**.

On 10 January 2020 **"*Mabuhay*"** suit was assigned an appellate number, **20-1058.** On 10 February 2020, the Court denied  Tristan F. Ong's Motion to Reconsider, and asked him to file an amended Notice of Appeal within 30 days of Its ruling; the Court further ordered to defer the ruling of Tristan F. Ong's *In Forma Pauperis* (IFP) application to appeal to the United States Court of Appeals for the Seventh Circuit Court.

Tristan F. Ong then appealed the US District Court for the N.D. of Illinois Court's decision denying the Motion to Reconsider dated 10 February 2020, and submitted an amended Notice of Appeal to the US District Court for the N.D. of Illinois Court on 10 March 2020. This appeal was mistakenly filed by Tristan F. Ong to the US District Court for the N.D. of Illinois Court, but according to the record, the Seventh Circuit Court received it and was assigned an appeal number, 20-1587. The

TULDOK ⊛™ (Tristan F. Ong ⊛™) vs. IL-USA ⊛™ (Illinois-United States & Company ⊛™), et al.,
ALL RIGHTS RESERVED © 2022 |·| TULDOK & CO. ⊛™

US District Court for the N.D. of Illinois Court was consistently denying Tristan F. Ong the IFP to proceed on appeal to the Seventh Circuit Court. Tristan F. Ong appealed his IFP application to the Seventh Circuit Court on 23 June 2020; both courts were silent to entertaining the suits, and other reliefs —— the suits in general because of the barriers posed by *Prison Litigation Reform Acts* (PLRA).

On 22 July 2020, the Seventh Circuit Court consolidated the two appeals, 20-1058 & 20-1587, but was still silent and refused to entertain the suits because the appellate fees have not been resolved. Ultimately the Seventh Circuit Court shut down the Motion to Reconsider the IFP application on 11 August 2020. The appeal process was interrupted amidst the urgency to provide immediate reliefs due to high COVID-19 surgence, and because of the PLRA provisions barring any suit filed by any incarcerated individual(s) from moving forward without prepaying the fees required to appeal, hence, the denial to proceed with *In Forma Pauperis*, and the suit was dismissed on 01 October 2020 by Seventh Circuit Court.

A second suit, entitled: *Babaylan v. Cook-Ed* ***"Babaylan" (20-cv-01550)*** was filed by Tristan F. Ong on 18 February 2020 to the United States District Court for the Northern District of Illinois and it was assigned under the same judge: Honorable Judge SJ Coleman while Tristan F. Ong was persistently persuading the Seventh Circuit Court of Appeals to reconsider the **"Mabuhay"** suit. The second suit *("Babaylan")* was part of the **"Mabuhay"** suit before its revisions. The US District Court for the N.D. of Illinois Court entered the Final Judgment Order —— case closed with prejudice and dismissed the ***"Babaylan"*** suit on 01 October 2020; the

TULDOK ㊛™ (Tristan F. Ong ㊛™) vs. IL-USA ㊛™ (Illinois-United States & Company ㊛™), et al.,
ALL RIGHTS RESERVED © 2022 |·| TULDOK & CO. ㊛™

order of the judge did not even include any reasonable and logical analysis to Its decision / order, nor even provide any options to appeal the "*Babaylan*" suit. Finally, on 15 October 2020, the Seventh Circuit Court of Appeals upheld the Prison Litigation Reform Act (PLRA), and entered a Notice of Issuance of Mandate and dismissed the "*Mabuhay*" suit. Tristan F. Ong did not know what the last order meant. He was left blindsided as to what his next step shall be after the said notice. The US District Court for the N.D. of Illinois and the Seventh Circuit Courts had denied Tristan F. Ong the full and fair opportunity his suits' deserved.

The novel COVID-19 caused the government operations' tremendous delays, and services were severely affected. Several courts have used this opportunity as an excuse to intercept / impede all judicial processes to delay justice, not only because, of course of their safety, but to shield state-actors from responsibility / liability, and also the fact that the Criminal Justice System put little to no respect to the privacy, health, safety and security of incarcerated accused individuals, that it never had any disaster coordinating / contingency plan or policy in placed, or ever existed in case of a national emergency such the COVID-19 pandemic. This suit gave Illinois and the US government a fair warning of a possible outbreak since the initial filing of "**Mabuhay**" on 06 June 2019, but was ignored. Hence, the worldwide health crisis of 525,609,637 cases and 6,277,241 deaths from COVID-19 pandemic. (statistics is up-to-date, 2022 May 23 at 1630 hours (04:30 P.M.) CT. Source: Template:COVID-19 pandemic data - Wikipedia)

DC/Sec1983/                                                                 9

Tristan F. Ong since released on 26 June 2021 from the Cook County
Jail-CCSO custody has since been living in shelters around the City of
Chicago, Cook County: e.g. (a) in Calumet Shelter where he was housed in
a very chaotic and violent environment where use of drugs and alcohol
within the shelter facility were tolerated, in fact there were numerous
physical fights among gang members and at least two gun shootings that
had happened during his entire confinement inside the said facility.
Tristan F. Ong was thrown out of the shelter for reporting such incidents
of violence and criminal activities to the shelter management; and on 22
January 2021 he was escorted out by several CPD officers for filing a
report at Chicago Department of Family Support Services of unsafe housing
and such criminal activities. For about 12 hours he was held at CPD 6th
district station on 7808 S. Halsted Ave. Around before midnight of 22
January 2021 the 3rd shift CPD officers, Officer Brown and another,
physically assaulted, forced and dragged Tristan F. Ong along with his
several belongings, and threw out of the CPD station in a freezing 25°F
or colder snowy January 2021. Tristan F. Ong called the Chicago hotline
"311" to get some emergency housing relocation but was ignored. He then
decided to go to a nearby hospital while waiting for the response of
emergency shelter assistance from the City of Chicago. He stayed and
slept in the hospital lobby without any food for about 4-5 days, and on
27 January 2021 the City of Chicago social services' staff finally picked
him at the hospital and housed at Franciscan Outreach Shelter on 2715 W
Harrison St. Chicago; while in the shelter he experienced several
assaults both physical, sexual, and verbal, and stolen personal

belongings, i.e. cellphone and laptop. All these were reported in written and verbal forms, but the facility's management did nothing to solve the issue.

At the outset, antecedent suits: **Mabuhay [(19-cv-04245) aka Karapatan (USCA7 No. 20-1587)]** was dismissed from the 7th Circuit Court of Appeals on 2021 May 12 for failure to pay the required docketing fee pursuant to Circuit Rule 3(b). The original filing of **Petition for a Writ of Certiorari:** *Kababayan Tondo ©®™/(Tristan Florendo-Ong ©®™) v . USAiLED ©®™/(United States-Illinois & Company ©®™), et al.,* was originally filed to the #SCOTUS on 2021 March 13, *(See: TFO/KTUSiLC/P.1-P.11)*. The #SCOTUS' Clerk returned the Petition on 2021 *March 31 (See: KTVSiLC/8/C/001)* for failing to comply pursuant to US Supreme Court Rule 10 & 14, and other technical formatting to filing a petition, to which the same standards are imposed to licensed attorneys having been duly admitted by the bar.

Although the Clerk advised Mr. Tristan Florendo-Ong to submit a corrected form within 60 days from the date of the Clerk's response. Mr. Tristan Florendo-Ong filed a *Notice of Extension* requesting The Honorable #SCOTUS for an *indefinite extension of  allowable time* for the submission of the revised/corrected **Petition for the Writ of Certiorari** on 2021 May 13, *(see: TFO/KTUSiLC/NOE/PAGE1).* In the notice it also requested to be allowed for future submission of filing in a USB format, if not using an electronic link. But **Plaintiff / Petitioner / Appellant: " i " | " Me " | Tristan Florendo-Ong** did not receive any response to such notice. And on 2021 July 28, filed another *Notice of Extension* requesting for the same, and inquiring about the status of previously sent *Notice of Extension*

(*See: KTUSiLC/NOE/001/p.001-002*); along with the **Notice of Extension** is a **Petition for Injunction and Relief** (*See: TFO/KTUSiLC/PFIR/p.001-004*). Again, the Clerk of the United States Supreme Court ignored/refused to respond.

Mr. Tristan Florendo-Ong submitted a brief on 2020 June 06 to the US District Court for Northern District of Illinois giving advance notice of tremendous harm it will caused him and others if any of his sought reliefs were not provided but were deliberately and indifferently denied/ignored/refused, despite the fact that during the time of such submission of application for **IFP** were the peak of the COVID-19 outbreak. (*See: ABC-123/42 U.S.C. § 1997e/P1-P15*).

As a result, Mr. Tristan Florendo-Ong was held in captivity and forced to live in unsanitary and bug infested shelters, halfway houses and hospitals, and got infected with COVID-19, twice; Exposed to sexually violent/aggressive and high crime environment where drugs and prostitution are pervalent; and have been verbally, physically and violently attacked, assaulted and robbed.

During Covid-19 uncertainty, the federal/local government, banks, landlords, and private sectors have all been lenient, most have suspended collection of debts, some have been forgiven to pay, but **Plaintiff / Petitioner / Appellant: " i " | " Me " | Tristan Florendo-Ong's** *IFP to the US Seventh Circuit and #SCOTUS*.

**Plaintiff / Petitioner / Appellant: " i " | " Me " | Tristan Florendo-Ong,** tried, unsuccessfully, to seek assistance from several organizations, including local government agencies, including for

assistance of counsel, but was consistently denied/ignored/refused most services. Even a simple run of errands, or an important trip to medical appointments, or multiple visits to several libraries or being able to print multi-copies of court submissions just to make it to the deadline makes his daily commute extremely difficult because of the fear of being harassed, assaulted, stalked and arrested by ICE, or shot by a stray bullet, or mobbed inside a public transportation, or solicited with sexual favors. Often, **Plaintiff / Petitioner / Appellant: " i " | " Me " | Tristan Florendo-Ong** has to take a longer route, walking about 5-6 miles, just to take the safest route through and from, daily. *(See: DC/Sec1983/SOF/(A1-A41), (B41-B57), (C57-C72), (D72-D82);*

## STATEMENT OF CLAIMS

IN THAT THE NAMED AND UNNAMED UNITED STATES / ILLINOIS STATE DEFENDANTS — PARTIES, STATE-ACTORS,  INDIVIDUALS, EITHER ENUMERATED WITHIN AND / OR IN THIS COMPLAINT: Tristan F. Ong v. Illinois-United States & Company ©®™, et al., aka *"TULDOK v IL-USA ©®™*, et al.," US Dist. Northern District of Illinois Case Numbers: 19-cv-04245 ©®™ and 20-cv-01550 ©®™; 7th Circuit Case Numbers: 20-1058 ©®™ and 20-1587 ©®™; Cook County Criminal Case Numbers: 17CR1721201©®™, 17C22029501©®™ and 1720209301©®™; Illinois Criminal Appellate Number: 1-19-1945©®™ and 1-20-0868 ©®™, **etc.;** this entire work(s), subsequent and / or any combination of lower/upper case typeface(s) / title(s) / name(s) its content(s) and antecedent(s) and its entire brief(s) / work(s), including

TULDOK ©®™ (Tristan F. Ong ©®™) vs. IL-USA ©®™ (Illinois-United States & Company ©®™), et al.,
ALL RIGHTS RESERVED © 2022 |·|  TULDOK & CO. ©®™

all attachment(s), and / or any combination herein / hereof / therein / thereof, **HAVE ALL KNOWINGLY, MALICIOUSLY, PURPOSEFULLY, INTENTIONALLY, WILLFULLY, AND WANTONLY,** and continuously subjecting Mr. Tristan F. Ong and several incarcerated and marginalized individuals, including individuals with mental health conditions, undocumented / overstaying foreign citizens within the US territory to various forms of human and civil rights violations, including violations of US / Federal–Washington DC / Illinois State, the United Nations and the Philippine Constitutions, common laws, and statutory laws acknowledged by the #SCOTUS, United Nations and international laws and treaties including the Vienna and Geneva Convention.

**WHEREAS EACH OF THE NAMED AND UNNAMED UNITED STATES / ILLINOIS STATE RESPONDENTS / DEFENDANTS – PARTIES AS GENEROUSLY MENTIONED IN THIS ENTIRE COMPLAINT / PETITION,** have all maliciously, intentionally, purposefully, forcefully, willfully and wantonly, conspired, aided and abetted to commit, create, inflict, induce, prolong life-term illnesses, pains, harms, anguish, sufferings, and irreparable damages to Mr. Tristan F. Ong's, and several incarcerated and marginalized individuals, including, individuals with mental health conditions, undocumented / overstaying foreign citizens', within the US mainland territory, psychological, physical, social, spiritual, emotional, and mental health, as well as, life, safety, security, liberty, peace, dignity and prosperity.

**WHEREAS EACH OF THE NAMED AND UNNAMED UNITED STATES / ILLINOIS STATE RESPONDENTS / DEFENDANTS – PARTIES** have all forced, deprived, denied, refused, and ignored to provide humane treatment to Mr. Tristan F. Ong

and other accused Individuals in illegal custody exposing to life-term threatening living conditions, and continuously subjecting him and several incarcerated and marginalized individuals, including, individuals with mental health conditions, undocumented / overstaying foreign citizens within the US territory to multiple acts of violations and unconstitutional living confinement and conditions which are protected under various federal / state / local, and international laws, conventions and treaties.

**WHEREAS EACH OF THE NAMED AND UNNAMED UNITED STATES / ILLINOIS STATE RESPONDENTS / DEFENDANTS – PARTIES** individually, personally, privately, independently, jointly, severally, and/or collectively mentioned herein are all responsible, liable, and accountable to placing Mr. Tristan F. Ong's Life and limb, safety and security, several times in jeopardy.

**WHEREAS EACH AND EVERY NAMED AND UNNAMED  UNITED STATES / ILLINOIS RESPONDENTS / DEFENDANTS – PARTIES** have all **DENIED / REFUSED / IGNORED** *(See: DC/Sec1983/SOF/(A1-A41), (B41-B57), (C57-C72), (D72-D82);*

**WHEREAS,** SUCH MALICIOUS, FORCEFUL, DEGRADING, INTRUSIVE, INHUMANE, **CRUEL AND UNUSUAL PUNISHMENT / TREATMENT** by state-actors / public officials / directors/ employees, vendors of : Evanston Police/ Chicago Police / Rolling Meadows Police; by medical / mental health / rehabilitation treatment facilities, Cook County Jail, among other facilities; Cook County Sheriff's Office, Cermak Health Services, Cook County Department of Corrections Directors and officials, CCSO-CCDOC'S Facility Management & Central Management Services; The State – Office of the Governor / Lieutenant Governor, IL Secretary of State, IL Department

of Treasury, IL Attorney General, IL State's Attorney, IL State Appellate Defender, Cook County  Public Defender, Cook County President & Cook County Board and Commissioners; Illinois Department of Public Health, Illinois Department of Human Services, Illinois Department of Human Rights, Illinois Department of States Police, Illinois Department of Correction, Illinois Department of Aging, Illinois State Guardians, Juvenile Justice Division, Illinois Department of Mental Health, IL Inspector General; the Governor's office, IL Solicitor General, IL State Supreme Court, Illinois General Assembly; US Senate and House of Representatives, Office of the President and the Vice President, cabinet members, Its several agencies, including designee, chief executive officers, executive directors, chief executive directors, presidents, secretaries / Clerks, divisional unit heads, deputies, sworn officers / officials / directors / employees / staff / volunteers / judicial, peace officers, etc.; as well as by the criminal justice system in general, are encouraged, promoted, tolerated, supported, consented, condoned, allowed, and accepted; and have become a lifestyle, practice, custom and culture across the entire criminal justice system and several Governments' operations.

**WHEREAS SUCH VIOLATIONS, ILLEGAL ACTS, UNCONSTITUTIONAL TREATMENT / PRACTICES ARE WIDELY USED AS A FORM AND STRATEGY** of slavery, retaliation, censorship, discrimination, intimidation, extortion, harassment, sexual harassment; to abuse, exploit, extort, insult, stalk, embarrass, humiliate, degrade, disrespect, assault; to cause life-term great bodily harm and illnesses to Mr. Tristan F. Ong's and several incarcerated and

TULDOK ⊕⊕™ (Tristan F. Ong ⊕⊕™) vs. IL-USA ⊕⊕™ (Illinois-United States & Company ⊕⊕™), et al.,
ALL RIGHTS RESERVED © 2022 |·|  TULDOK & CO. ⊕⊕™

marginalized individuals, including, individuals with mental health conditions, undocumented / overstaying foreign citizens within the US mainland territories, persons' life and dignity.

**WHEREAS EACH AND EVERY NAMED AND UNNAMED UNITED STATES / ILLINOIS STATE RESPONDENTS / DEFENDANTS — PARTIES,** jointly, severally, collectively, personally, independently, privately were all responsible to subjecting committed individuals to these types of unconstitutional and inhumane confinement in the penal institution and other communal living facilities funded by several Government welfare programs, which are all vulnerable and prone to the following health conditions:

*Covid-19, bronchitis, pneumonia, HIV, meningococcal MRSA, SARS, influenza TB, HIV, STDs, asthma, allergic rhinitis, nasal sinusitis, congestion, laryngitis, gingivitis, food poisoning, salmonella, stomach flu, amoebiasis, typhoid, typhus, ulcers, GI, lupus, autoimmune, leukemia, arthritis, colon cancer, hemorrhoid, cardiac arrest, stroke, aneurysm, heart failure, hypertension, diabetes, liver / kidney failure, kidney stones, gallbladder stones, constipation, multiple sclerosis, psoriasis, shingles, syphilis, hepatitis ABC, muscle / joint / bone pain, dermatitis, eczema, dandruff, migraine, hyperacidity, pimples acne, dry eyes, glaucoma, COPD, bipolar, PTSD, Alzheimer's, dementia, rheumatism, manic depression, psychosis, common colds, viral diseases, personality disorder, anxiety, depression, schizophrenia, high cholesterol level, prostate cancer, anemia, erectile dysfunction,*

*birth defects, hormonal imbalance, lead, mercury poisoning, other forms of cancer, among others.*

**WHEREAS MR. TRISTAN F. ONG SINCE INCARCERATION HAVE SUFFERED, SUFFERS AND WILL CONTINUOUSLY SUFFER TO:** Hypertension, abnormal blood sugar level, migraine, vertigo, allergic rhinitis, dry eyes, diarrhea, iron deficiency, watery eyes, constipation, infections, liver problems, hemorrhoids, ulcers, dandruff, dermatitis, eczema, hives, skin asthma, shortness of breath, stomach flu, hyperacidity, aneurysm, nasal congestion, high cholesterol, muscle / joint / body pains, arthritis, manic depression, psychosis, common colds, personality disorder, anxiety, tooth decay, including twice infected by COVID-19, among others.

**WHEREAS MR. TRISTAN F. ONG MAY HAVE ALSO BEEN SUFFERING FROM OTHER UNDIAGNOSED MEDICAL / MENTAL HEALTH CONDITIONS.**

**WHEREAS MR. TRISTAN F. ONG FEARS THAT ALTHOUGH SYMPTOMS ARE NOT AVAILABLE AS OF THE CURRENT, BECAUSE** most of these medical conditions' symptoms do not show until later stage.

**WHEREAS EACH AND EVERY NAMED AND UNNAMED UNITED STATES / ILLINOIS STATE RESPONDENTS / DEFENDANTS – PARTIES** are all in violations of the United States Constitution's: Article 1 Sections 6, 7, 8, 9 & 10; Article 2; Article 3 Sections 1, 2, & 3; Article 4 Sections 1, 2, & 3; Articles 5 & 6; Bill of Rights: 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 11th, 13th, 14th, 15th, 19th, 20th 23rd, 24th, 26th, and 27th amendments; As well as the Illinois Constitution's Article 1 Sections 1, 2, 4-12, 15-20, 23, 24; Article 2 Section 1 and 2; Article 3; Article 4; Article 5; Article 6; Article 7; Article 8; Article 9; Article 10; Article 11

Sections 1 and 2; Article 12 to 14; And several other federal, state, and local laws, codes, statutes, ordinances; the Article II — DECLARATION OF PRINCIPLES AND STATE POLICIES: " *Section 1. The Philippines is a democratic and republican State. <u>Sovereignty resides in the people</u> and all government authority emanates from them.* Article 3 — Bill of Rights of The Philippines Constitution, and the United Nations Constitution, treaties, conventions, and laws, including but not limited to Geneva and Vienna Convention.

**WHEREAS, CONTRARY TO THESE CONSTITUTIONS, LAWS/ STATUTES AND AGAINST THE LIBERTY, FREEDOM, PEACE AND DIGNITY OF MR. TRISTAN F. ONG, AND THE PEOPLE;**

**WHEREAS MR. TRISTAN F. ONG ASSERTS ADA CLAIMS:** independently, individually, severally, jointly, privately, and collectively against all named and unnamed Respondents / Defendants—Parties: U.S., IL, Cook County, Cook County Department of Correction-CCSO and other local government, federals / State / local officials, directors, officers, state-actors et al., in their official, personal, individual, administrative, public, and private capacity.

**WHEREAS MR. TRISTAN F. ONG ASSERTS ALIEN TORT CLAIMS ACT / TVPA 1350 CLAIMS:** independently, individually, severally, jointly, privately, and collectively against all named and unnamed Respondents / Defendants—Parties: U.S., IL, Cook County, Cook County Department of Correction-CCSO and other local government, federals / State / local officials, directors, officers, state-actors et al., in their official, personal, individual, administrative, public, and private capacity.

**WHEREAS MR. TRISTAN F. ONG ASSERTS 42 USC § 1981, 1983, 1985 & 1986 CLAIMS:** independently, individually, severally, jointly, privately, and collectively against all named and unnamed Respondents / Defendants––Parties: U.S., IL, Cook County, Cook County Department of Correction-CCSO and other local government, federals / State / local officials, directors, officers, state-actors et al., in their official, personal, individual, administrative, public, and private capacity.

**WHEREAS MR. TRISTAN F. ONG ASSERTS ALL FEDERAL AND IL STATE CRIMINAL CLAIMS:** independently, individually, severally, jointly, privately, and collectively against all named and unnamed Respondents / Defendants––Parties: U.S., IL, Cook County, Cook County Department of Correction-CCSO and other local government, federals / State / local officials, directors, officers, state-actors et al., in their official, personal, individual, administrative, public, and private capacity.

**WHEREAS MR. TRISTAN F. ONG ASSERTS ALL FEDERAL AND IL STATE CIVIL CLAIMS:** independently, individually, severally, jointly, privately, and collectively against all named and unnamed Respondents / Defendants––Parties: U.S., IL, Cook County, Cook County Department of Correction-CCSO and other local government, federals / State / local officials, directors, officers, state-actors et al., in their official, personal, individual, administrative, public, and private capacity.

**WHEREAS MR. TRISTAN F. ONG ASSERTS ALL FEDERAL AND IL STATE CONTRACT CLAIMS, INCLUDING APA as codified under 5 U.S.C. § 551–559 CLAIMS:** independently, individually, severally, jointly, privately, and collectively against all named and unnamed Respondents /

TULDOK ⊛™ (Tristan F. Ong ⊛®™) vs. IL-USA ⊛®™ (Illinois-United States & Company ⊛®™), et al.,
ALL RIGHTS RESERVED © 2022 |·| TULDOK & CO. ⊛™

Defendants——Parties: U.S., IL, Cook County, Cook County Department of Correction-CCSO and other local government, federals / State / local officials, directors, officers, state-actors et al., in their official, personal, individual, administrative, public, and private capacity.

**WHEREAS MR. TRISTAN F. ONG ASSERTS ALL FEDERAL AND IL STATE <u>OTHER</u> CIVIL AND CRIMINAL CLAIMS:** independently, individually, severally, jointly, privately, and collectively against all named and unnamed Respondents / Defendants——Parties: U.S., IL, Cook County, Cook County Department of Correction-CCSO and other local government, federals / State / local officials, directors, officers, state-actors et al., in their official, personal, individual, administrative, public, and private capacity.

**WHEREFORE, PETITIONER / APPELLANT / PLAINTIFF MR. TRISTAN F. ONG IS HUMBLY ASKING THE HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA** to enter a default summary judgment, in parts or in full, in favor of Mr. Tristan F. Ong, or on bench, and pursue civil and criminal litigation and prosecutions on the remaining issues of public concerns via jury trial to establish new precedents, create and make those suggested remedies into acts / legislation / bills / laws, and a US Constitutional Convention / Charter Change, and Grant all Tristan F. Ong's Wishes, remedies, and motions.

*** THE FOLLOWING ADDITIONAL PAGES OF THIS SUBMISSION OF CIVIL RIGHTS COMPLAINT: *42 U.S.C. § 1981 (1981a), (1982),(1983), (1985) / 28 U.S.C. §*

DC/Sec1983/                                                                 21

*1250/ 5 U.S.C. § 551–559* ARE CONTINUED AS APPENDED IN THE FOLLOWING REFERENCES, *(See:DC/Sec1983/SOF/(A1–A41), (B41–B57), (C57–C72), (D72–D82);* AND ARE ELECTRONICALLY LINKED IN A PDF FORMAT: ITINAKDA SA TULDOK ⏥$™¦.

WHEREFORE, PETITIONER / APPELLANT / PLAINTIFF – " I " | " ME " | " My " | MR. TRISTAN F. ONG continuously prays and hopes that your HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA grants these civil rights and criminal suits' wants, wishes, and merits favorable decisions.

WHEREFORE, In the name of our Founding Fathers, Forefathers, the People(s), the Almighty Creator, Petitioner / Appellant / Plaintiff: " i " | " Me " | Tristan F. Ong, Under penalties as provided by law pursuant to Federal Statute 28 U.S.C. 1746, and 735 ILCS 5/1–109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid he verily believes the same to be true. Executed at the City of Chicago on 2022 May 25.

========================= END OF THIS PART =========================

05-25-2022

TRISTAN FLORENDO ONG • 楊建平
*Pro Se* | Petitioner / Appellant / Plaintiff
1049 North Drake Avenue,
Chicago, IL, 60651
(815) 208-1818
FTristanOng@Gmail.com ©®™

*Enclosures:*
*Statement of Facts: [(See: DC/Sec1983/SOF/(A1–A41), (B41–B57), (C57–C72), (D72–D82)];*
*Reliefs: ( See: DC/Sec1983/FBJ, DC/Sec1983/QUID, DC/Sec1983/PR;*
*Appendices, Briefs & Memorandum of Laws.*
*Google electronic link:*
*https://drive.google.com/drive/folders/1jZiEE0JhAnFYo142zWNjJ4wa36hdL3eK?usp=sharing*

TULDOK ⏥™ (Tristan F. Ong ⏥™) vs. IL-USA ⏥™ (Illinois-United States & Company ⏥™), et al.,
ALL RIGHTS RESERVED © 2022 |·| TULDOK & CO. ⏥™

DC/Sec1983/POS/0525                                                    .1

Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**TULDOK ©®™**|(Tristan F. Ong ©®™),

*Pro Se*| Plaintiff,

vs.

**IL-USA ©®™**|(Illinois-United States
**& Company ©®™**), et al.,

**Parties**|Defendants.



Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ Ꙭꙍ

# P R O O F  O F  S E R V I C E

TO: Mr. Scott S. Harris • Clerk of the Court |
Supreme Court of the United States | Washington, DC
20543 | efilingsupport@supremecourt.gov;

Merrick B. Garland • Attorney General | United States
Department of Justice | 950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Ms. Elizabeth Prelogar • Solicitor General | United
States Department of Justice | 950 Pennsylvania
Avenue, NW Washington, DC 20530-0001;

Ms. Angela D. Caesar • Clerk of Court • | U.S.D.C.
District of Columbia | 333 Constitution Avenue, NW
Washington, DC 20001 | dcd_cmecf@dcd.uscourts.gov

Hon. Thomas G. Burton • Clerk of Court | U.S.D.C.
Northern District of Illinois, Easetrn Division | 219
S. Dearborn Street Chicago, IL 60604

Mr. Kwame Raoul • Attorney General | 100 W. Randolph
St., 12th Floor, CHicago, IL 60601;

TULDOK ©®™ (Tristan F. Ong ©®™) vs. IL-USA ©®™ (Illinois-United States & Company ©®™), et al.,
ALL RIGHTS RESERVED © 2022 |•| TULDOK & CO. ©®™

Ms. Iris Martinez • Clerk of Cook County | Circuit Court 2nd Municipal District | 5600 Old Orchard Road, Skokie, IL 60077;

Ms. Kimberly Foxx • State's Attorney | Cook County State's Attorney Office | 300 Daley Center, Chicago, IL 60602. | eserve.criminalappeals@cookcountyil.gov

You are hereby notified that on 2022 May 25, **Plaintiff: " i " | " Me " | Tristan Florendo-Ong** for the above mentioned subject complaint: 42 U.S.C. § 1981(1981a); 1982; 1983; 1985; 1986 / 28 U.S.C. § 1350/ 5 U.S.C. § 551–559), placed one(1) original copy of ***TULDOK ©®™ (Tristan F. Ong ©®™) vs. IL-USA ©®™ (Illinois-United States & Company ©®™)***, **et al.**, complaint, includes:

1) Notice of Proof of Service (this page)
2) Cover sheet
3) The Complaint:
   - Defendant List - pages a1 & a11, b1 & b6, c1-c10; a1-a11, b1-b6, c1-c10 are electronically appended;
   - Statement of Facts - pages 1-22, 45, 85, 94, 101, 103; Statement of Facts pages 23-103 are electronically appended;
   - Reliefs (drafts) - Personal Relief: pages 1-2, & 39; FBJ Reliefs 1-6; all Relief briefs, i.e. Personal Relief pages 1-39, FLUID Relief pages 1-26, FBJ Relief 1-22 are electronically appended.
4) Motion to Leave to Proceed In Forma Pauperis pages 1-6.
5) Motion for CM/ECF User Name and Password pages 1-2.

Submitted today, along with other supporting documents as electronically appended in the link:

TULDOK ©®™ (Tristan F. Ong ©®™) vs. IL-USA ©®™ (Illinois-United States & Company ©®™), et al.,
ALL RIGHTS RESERVED © 2022 |•| TULDOK & CO. ©®™

DC/Sec1983/POS/0525                                                        .3

https://drive.google.com/drive/folders/1jZiEE0JhAnFYo142zWNjJ4wa
36hdL3eK?usp=sharing, in a U.S. mailbox, and to each of the
above-named opposing counsels. Upon its acceptance of the filing
from this Court, persons named above with identified email
addresses will be served using Tristan Florendo-Ong dedicated
Google email for this suit, e-mail: ftristanong@gmail.com.

**WHEREFORE, In the name of our Founding Fathers, Forefathers, the
People(s), the Almighty Creator, Petitioner / Appellant / Plaintiff: "
i " | " Me " | Tristan Florendo-Ong, Under penalties as provided by
law pursuant to Federal Statute 28 U.S.C. 1746, and 735 ILCS 5/1-109
of the Code of Civil Procedure, the undersigned certifies that the
statements set forth in this instrument are true and correct, except
to matters therein stated to be on information and belief and as to
such matters the undersigned certifies as aforesaid he verily believes
the same to be true. Executed at the City of Chicago on 2022 May 25.
========================= END OF THIS PART =========================**

05-25-2022

TRISTAN FLORENDO-ONG · 楊建平
Pro Se | Petitioner / Appellant / Plaintiff
1049 North Drake Avenue,
Chicago, IL, 60651
(815) 208-1818
FTristanOng@Gmail.com ©®™

Enclosures:
Statement of Facts: [(See: DC/Sec1983/SOF/(A1-A41), (B41-B57), (C57-C72), (D72-D82)];
Reliefs: ( See: DC/Sec1983/FBJ, DC/Sec1983/QUID, DC/Sec1983/PR;
Appendices, Briefs & Memorandum of Laws.
Google electronic link:
https://drive.google.com/drive/folders/1jZiEE0JhAnFYo142zWNjJ4wa36hdL3eK?usp=sharing

TULDOK ⊕⊕™ (Tristan F. Ong ⊕⊕™) vs. IL-USA ⊕⊕™ (Illinois-United States & Company ⊕⊕™), et al.,
ALL RIGHTS RESERVED ⊕ 2022 |·|  TULDOK & CO. ⊕⊕™